**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-6779**

─────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

GREGORY GLENN,

                              Defendant - Appellant.


─────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CR-96-780, CA-97-4028-6-13)

─────────

Submitted:  September 9, 1999      Decided:  September 15, 1999

─────────

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

William Glenn Yarborough, III, ASHMORE & YARBOROUGH, P.A., Green-
ville, South Carolina, for Appellant.  E. Jean Howard, OFFICE OF
THE UNITED STATES ATTORNEY, Greenville, South Carolina, for
Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gregory Glenn seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Glenn, Nos. CR-96-780; CA-97-4028-6-13 (D.S.C. Apr. 6, 1999).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on April 5, 1999, the district court's records show that it was entered on the docket sheet on April 6, 1999.  Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision.  See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2